IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN ROWLAND,<br><br>                         Plaintiff,<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>                         Defendant. | Lead Case No.: 2:12-cv-01474<br><br>JUDGE MARK R. HORNAK |
| MACHEN ET AL,<br><br>                         Plaintiff,<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>                         Defendant. | Member Case No.: 2:12-cv-01476 |
| JOHN ORR,<br><br>                         Plaintiff,<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>                         Defendant. | Member Case No.: 2:12-cv-01715 |

## NOTICE OF IDENTIFICATION OF WITNESSES

      Plaintiff Michelle Orr hereby notifies defendant Novartis Pharmaceuticals Corporation that at the trial of this case, damages witnesses may include:

      1.      John H. Orr, via deposition;

2. Michelle Orr; and

3. John P. Orr.

Dated: March 13, 2013

                                        Respectfully Submitted,

                  By:    s/ Daniel A. Osborn
                          Daniel A. Osborn
                          OSBORN LAW, P.C.
                          295 Madison Avenue, 39th Floor
                          New York, New York 10017
                          Telephone:   (212) 725-9800
                          Facsimile:    (212) 725-9808

                          *Counsel for Plaintiff John Orr*

## CERTIFICATE OF SERVICE

On this 13th day of March, 2013, I certify that I served all counsel of record, including counsel for defendant, by filing the foregoing **NOTICE OF IDENTIFICATION OF WITNESSES** by using this Court's ECF system.

OSBORN LAW, P.C.

By: s/ Daniel A. Osborn
Daniel A. Osborn
295 Madison Avenue, 39th Floor
New York, New York 10017
Telephone:   (212) 725-9800
Facsimile:   (212) 725-9808