## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-3791

George Machen, et al v. Novartis Pharmaceuticals Corp

(Originating Court No. 2-12-cv-01474)

**O R D E R**

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: April 6, 2015
CJG/cc:   Joseph F. Butcher, Esq.
          Daniel E. Krauth, Esq.
          Katharine R. Latimer, Esq.
          Constantine J. Passodelis, Esq.
          Samantha A. Quinn, Esq.

**A True Copy:**
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.