## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **KAREN ROWLAND,** ) | |
| ) | |
| ) | |
| Plaintiff, ) | **Case No. 2:12-cv-01474-MRH** |
| ) | |
| v. ) | |
| ) | |
| **NOVARTIS PHARMACEUTICALS** ) | |
| **CORPORATION,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Karen Rowland

and Defendant Novartis Pharmaceuticals Corporation ("NPC"), by and through their respective

counsel, stipulate and agree that this lawsuit hereby is voluntarily dismissed as to all of

Plaintiff's claims against NPC, with prejudice and with each party to bear her/its own costs and

fees.


Dated: April 13, 2015                                      Respectfully submitted,

/s/ John J. Vecchione                                      /s/ Neil S. Bromberg
John J. Vecchione (*pro hac vice*)                         Neil S. Bromberg (*pro hac vice*)
(jvecchione@valadlaw.com)                                  (nbromberg@hollingsworthllp.com)
JOHN J. VECCHIONE LAW, PLLC                                Katharine R. Latimer
3863 Plaza Drive                                           (klatimer@hollingsworthllp.com)
Fairfax, VA 22030                                          HOLLINGSWORTH LLP
Telephone: (703) 352-4800                                  1350 I Street, NW
Facsimile: (703) 352-4820                                  Washington, D.C. 20005
                                                           (202) 898-5800
                                                           (202) 682-1639 (fax)
Daniel E. Krauth
(krauth@zklaw.com)
Joseph F. Butcher                                          Constantine J. Passodelis

(butcher@zklaw.com)
ZIMMER KUNZ, PLLC
310 Grant Street, Suite 3000
The Grant Building
Pittsburgh, PA 15219
Telephone: (412) 281-8000

Samantha Quinn
(squinn@zklaw.com)
ZIMMER KUNZ, PLLC
600 Grant Street, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 434-5436

*Attorneys for Plaintiff*

(dpassodelis@jonespassodelis.com)
Jeffrey Cohen
(jcohen@jonespassodelis.com)
JONESPASSODELIS PLLC
Gulf Tower, Suite 3510
707 Grant Street
Pittsburgh, PA 15219
(412) 315-7272
(412) 315-7273 (fax)

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of April 2015, a true and correct copy of the

foregoing has been filed via the Court's Electronic Case Filing System and has been served on

the following:

John J. Vecchione
(jvecchione@valadlaw.com)
JOHN J. VECCHIONE LAW, PLLC
3863 Plaza Drive
Fairfax, VA 22030
Telephone: (703) 352-4800
Facsimile: (703) 352-4820

Daniel E. Krauth
(krauth@zklaw.com)
Joseph F. Butcher
(butcher@zklaw.com)
ZIMMER KUNZ, PLLC
310 Grant Street, Suite 3000
The Grant Building
Pittsburgh, PA 15219
Telephone: (412) 281-8000

Samantha Quinn
(squinn@zklaw.com)
ZIMMER KUNZ, PLLC
600 Grant Street, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 434-5436

*Attorneys for Plaintiff*


/s/ Neil S. Bromberg
Neil S. Bromberg

*Attorney for Defendant*
*Novartis Pharmaceuticals Corporation*